UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

HECTOR MAYA CRISTOBAL                                                      PETITIONER

VERSUS                                              CIVIL ACTION NO. 5:25-CV-171-DCB-RPM

RAFAEL VERGARA                                                            RESPONDENT

### ORDER REQUIRING STATUS UPDATE

This matter is before the Court *sua sponte*.  On December 29, 2025, Petitioner filed a [1] Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.  At the time the petition was filed, Petitioner was an immigration detainee housed at the Adams County Correctional Center in Natchez, Mississippi.  He has been detained since July 23, 2025.  On August 29, 2025, an immigration judge entered an order terminating removal proceedings.  The Department of Homeland Security filed an appeal with the Board of Immigration Appeals (BIA), which remained pending as of February 10, 2026.  [6] at 2.  The Court directs the parties to provide a status update on Petitioner's removal proceedings, including but not limited to the status of the pending BIA appeal.

IT IS THEREFORE ORDERED that the parties shall file a status update on or before **May 8, 2026**.

SO ORDERED AND ADJUDGED, this the 24th day of April 2026.

/s/ *Robert P. Myers, Jr.*
ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE